

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2022

No. 04-22-00723-CV

Harvey Lee **TUTT**,
Appellant

v.

Nicole **TUTT**,
Appellee

From the County Court at Law, Medina County, Texas
Trial Court No. 22-08-8376-CCL
Honorable Mark Cashion, Judge Presiding

**ORDER**

This appeal is DISMISSED. No costs are assessed against the appellant.

It is so **ORDERED** on November 23, 2022.

Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2022.

Michael A. Cruz, Clerk of Court